IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert and Linda Mason,<br><br>    Plaintiffs,<br><br>vs.<br><br>American Family Mutual Insurance Company,<br><br>    Defendant. | No. 04-1795-PCT-ECV<br><br>**ORDER** |

The court has received and considered Defendant's Motion for Sanctions (Doc. #34).

**IT IS ORDERED** that the motion is **denied without prejudice**.

DATED this 16th day of May, 2006.

_Edward C. Voss_
United States Magistrate Judge