IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert and Linda Mason, | ) | No. 04-1795-PCT-ECV |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| American Family Mutual Insurance Company, | ) | |
| Defendant. | ) | |

Defendant has filed a Renewed Motion for Sanctions (Doc. #45) in which it again seeks sanctions against non-party Jim Burton Realty for filing an unsupported motion to quash a subpoena. The non-party has filed a Response to Renewed Motion for Sanctions (Doc. #47). In a prior order (Doc. #37), the court denied without prejudice the original motion for sanctions. The only new information in Defendant's renewed motion is that the non-party waited 17 days after the court's order denying the motion to quash before it produced the documents. The court finds that these circumstances do not warrant sanctions.

**IT IS THEREFORE ORDERED:**

That Defendant's Renewed Motion for Sanctions (Doc. #45) is **denied**.

DATED this 20th day of June, 2006.

Edward C. Voss
United States Magistrate Judge