**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert and Linda Mason, husband and wife,<br><br>             Plaintiffs,<br><br>v.<br><br>American Family Mutual Insurance Company, a foreign corporation;<br><br>             Defendant. | NO. CV 04-001795 PCT ECV<br><br>**ORDER TO ALLOW DEPOSITION BY TELEPHONIC MEANS** |

Pursuant to the foregoing Stipulation to Conduct the Deposition of Dave Polson by Telephonic means and good cause appearing therefor;

IT IS HEREBY ORDERED allowing Plaintiffs' counsel to conduct the telephonic deposition of Mr. Polson pursuant to Rule 30(b)(7) with Mr. Polson to appear with counsel before an officer authorized by law to administer in the district and at the place where the deponent is to answer questions.

DATED this 10th day of July, 2006.

_____
Edward C. Voss
United States Magistrate Judge